1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ANDRAS FARKAS, Bar #254302
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MICHAEL A. EMERY

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. 1:12-cr-00268 AWI-DLB
                                    )
12          *Plaintiff,*             )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE HEARING; ORDER
13    v.                            )
                                    )   Date:   September 6, 2012
14 MICHAEL A. EMERY,                )   Time:   1:30 P.M.
                                    )   Judge:  Hon. Dennis L. Beck
15          *Defendant.*             )
   _____  )

16

17          **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 respective attorneys of record herein, that the status conference hearing in the above captioned matter now

19 set for August 23, 2012, **may be continued to September 6, 2012, at 1:30 P.M. before Magistrate**

20 **Beck.**

21          This continuance is requested by counsel for the defendant. This is a Rule 20 matter, and the

22 parties have been advised that September 6, 2012, is the earliest date the transfer documents will be

23 available to the court and counsel. The requested continuance will conserve time and resources for both

24 counsel and the court. Assistant United States Attorney Yasin Mohammad has no objection to this

25 request.

26 ///

27 ///

28 ///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

BENJAMIN B. WAGNER
United States Attorney

DATED: August 21, 2012          /s/ Yasin Mohammad
                                YASIN MOHAMMAD
                                Assistant United States Attorney
                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: August 21, 2012          /s/ Andras Farkas
                                ANDRAS FARKAS
                                Assistant Federal Defender
                                Attorney for Defendant
                                Michael A. Emery

## **O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   August 22, 2012**          /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE