BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00268-AWI-DLB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MICHAEL A. EMERY, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his/her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 14, 2012 at 1:30 p.m.

2. By this stipulation, the parties now move to continue the status conference until December 12, 2012 at 1:30 p.m. and to exclude time between November 14, 2012 and, December 12, 2012 under 18 U.S.C.§ 3161(h)(7)(A) and (B).

3. The parties agree and stipulate, and request that the Court find the following:

    a. The defendant was sentenced to a period of incarceration in Colusa County Superior Court Dkt. No. CR54160. His anticipated release date is December 8, 2012.

    b. The defendant will not be available to appear at the status conference scheduled for November 14, 2012.

1

  c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation and resolution, taking into account the exercise of due diligence.

  d. The government stipulates to the need for the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of November 14, 2012 to December 14, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B) because it results from a continuance granted by the Court for good cause at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED: November 9, 2012    /s/ Laurel J. Montoya
               LAUREL J. MONTOYA
               Assistant United States Attorney

DATED: November 9, 2012    /s/ Andras Farkas
               ANDRES FARKAS
               Attorney for Defendant

O R D E R

IT IS SO ORDERED.

Dated: November 13, 2012    /s/ Barbara A. McAuliffe
              UNITED STATES MAGISTRATE JUDGE