1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 1:12-cr-00268-AWI-BAM

12                    Plaintiff,       STIPULATION AND ORDER

13  v.

14  MICHAEL A. EMERY,

15                    Defendant.

16

17       Plaintiff United States of America, by and through its counsel of record, and defendant, by

18  and through his counsel of record, hereby stipulate as follows:

19       1.    By previous order, this matter was set for dispositional hearing before Hon. Gary S.

20  Austin on April 15, 2013 at 1:30 p.m.

21       2.    By this stipulation, the parties now move to reset the dispositional hearing to April

22  12, 2013 at 1:30 p.m. before the Hon. Barbara A. McAuliffe;

23       IT IS SO STIPULATED.

24  DATED: April 9, 2013              /s/ Laurel J. Montoya
                                      LAUREL J. MONTOYA
25                                    Assistant United States Attorney

26  DATED: April 9, 2013              /s/ Robert Lamanuzzi
                                      ROBERT LAMANUZZI
27                                    Attorney for Defendant

28
                                      1

ORDER

IT IS SO ORDERED.

Dated:    **April 9, 2013**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE